JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
Washington, D.C. 20530

J. BRETT GROSKO (Maryland Bar)
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
TEL: (202) 305-0342
FAX: (202) 305-0275
E-mail: brett.grosko@usdoj.gov

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 09-cv-3711-PJH<br>) |
| U.S. FISH AND WILDLIFE SERVICE, and<br>KEN SALAZAR, in his capacity as Secretary of<br>the Interior, | ) **STIPULATION ON EXTENSION**<br>) **OF TIME TO RESPOND TO OR**<br>) **ANSWER PLAINTIFF'S**<br>) **COMPLAINT** |
| Defendants. | )<br>) |

Please be advised that the Plaintiff Center for Biological Diversity ("Plaintiff") and the Defendants, the U.S. Fish and Wildlife Service and Ken Salazar ("Defendants"), through their respective undersigned counsel, submit the following stipulation regarding the deadline for responding to or answering Plaintiff's Complaint for Declaratory and Injunctive Relief (Dock. No. 1) ("Complaint"), and state:

WHEREAS, Plaintiff served the Complaint concerning the Defendants' Endangered Species Act listing decision regarding the Sacramento splittail on August 17, 2009;

1

WHEREAS, the deadline for responding to or answering the Complaint is October 16, 2009;

WHEREAS, the Defendants request an extension of time of 30 days to explore the possibility with Plaintiff of settling this matter;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PLAINTIFF AND DEFENDANTS AS FOLLOWS:

1. Defendants' new deadline for responding to or answering the Complaint is November 16, 2009.

Respectfully submitted this 16th day of October, 2009.

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

    */s/ J. Brett Grosko*               */s/ Lisa Belenky (with permission)*
J. BRETT GROSKO                 LISA BELENKY (CA Bar. No. 203225)
Trial Attorney (Md. Bar)            JUSTIN AUGUSTINE (CA Bar No. 235561)
Wildlife and Marine Resources Section    CENTER FOR BIOLOGICLA DIVERSITY
Environment and Nat. Resources Div.     351 California St., Suite 600
U.S. Department of Justice            San Francisco, CA 94104
P.O. Box 7369                           Tel: (415) 436-9682 x 307
Washington, DC 20044-7369          Fax: (415) 436-9683
Ph: 202-305-0342/Fax: 202-305-0275    *Counsel for Plaintiff*
brett.grosko@usdoj.gov

*Counsel for Federal Defendants*

                                                                        10/19/09

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE



2

# **CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing to be served upon counsel of record, as indicated below, through the Court's electronic service system (ECF/CM):

Lisa Belenky, Esq.
E-mail: lbelenky@biologicaldiversity.org

Justin Augustine, Esq.
E-mail: jaugustine@biologicaldiversity.org

Dated: October 16, 2009.


*/s/ J. Brett Grosko*
_____
Attorney for Defendants