JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
Washington, D.C. 20530

J. BRETT GROSKO (Maryland Bar)
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
TEL: (202) 305-0342
FAX: (202) 305-0275
E-mail: brett.grosko@usdoj.gov

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. FISH AND WILDLIFE SERVICE, and ) <br> KEN SALAZAR, in his capacity as Secretary of ) <br> the Interior, ) <br> ) <br> Defendants. ) <br> ) | No. 09-cv-3711-PJH <br><br> **SECOND STIPULATION ON EXTENSION OF TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT** |

Please be advised that the Plaintiff Center for Biological Diversity ("Plaintiff") and the Defendants, the U.S. Fish and Wildlife Service and Ken Salazar ("Defendants"), through their respective undersigned counsel, submit the following stipulation regarding the deadline for responding to or answering Plaintiff's Complaint for Declaratory and Injunctive Relief (Dock. No. 1) ("Complaint"), and state:

WHEREAS, Plaintiff served the Complaint concerning the Defendants' Endangered Species Act listing decision regarding the Sacramento splittail on August 17, 2009;

WHEREAS, the original deadline for responding to or answering the Complaint was October 16, 2009;

WHEREAS, on October 16, 2009, the parties requested an extension of time of 30 days to explore the possibility of settling this matter;

WHEREAS, on October 19, 2009, the Court granted the parties' first stipulation on extension of the time to respond to or answer the Plaintiff's Complaint, setting a new deadline for responding to or answering the Complaint of November 16, 2009;

WHEREAS, since that time, the parties have had initial discussions and seek an additional three week extension to allow those discussions to continue without litigation;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PLAINTIFF AND DEFENDANTS AS FOLLOWS:

1. Defendants' new deadline for responding to or answering the Complaint is December 7, 2009.

Respectfully submitted this 12th day of November, 2009.

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

_/s/ J. Brett Grosko_
J. BRETT GROSKO
Trial Attorney (Md. Bar)
Wildlife and Marine Resources Section
Environment and Nat. Resources Div.
U.S. Department of Justice
P.O. Box 7369
Washington, DC 20044-7369
Ph: 202-305-0342/Fax: 202-305-0275
brett.grosko@usdoj.gov

*Counsel for Federal Defendants*

_/s/ Lisa Belenky (with permission)_
LISA BELENKY (CA Bar. No. 203225)
JUSTIN AUGUSTINE (CA Bar No. 235561)
CENTER FOR BIOLOGICLA DIVERSITY
351 California St., Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682 x 307
Fax: (415) 436-9683
*Counsel for Plaintiff*

2

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE